UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re                          )
                               ) NO.  12-04657
ANGUIANO, Blanca E.            )
                               )
        Debtor(s).             ) DEBTOR'S MODIFICATION
                               ) OF PLAN AND NOTICE THEREOF

        Debtor(s) hereby modify the plan previously filed in these proceedings in the following respects:

        1. The secured claim number 10-1 of Capital One N.A. (Best Buy Co., Inc.) shall be treated in accordance with the surrender provisions of paragraph III.A.4.b. of the debtor's original plan.

        2.  The only creditor affected by this modification is Capital One N.A. (Best Buy Co., Inc.), who has been notified.

        NOTICE IS GIVEN that unless an objection to this modification of plan is filed with the Clerk of the Bankruptcy Court, P.O. Box 2164, Spokane, WA  99210, and served upon  VanNoy Culpepper, 3908 Creekside Loop #125, Yakima, WA  98902, no later than 24 days after the date of this modification of plan and notice thereof, the plan as modified shall become the plan.

        DATED: 3/14/13

                                        /s/ VanNoy Culpepper
                                        VanNoy Culpepper,WSBA#11565
                                        Attorney for Debtor

Debtor's Modification              VanNoy Culpepper
   Of Plan                      3908 Creekside Loop 125
                                   Yakima, WA 98902
                                   (509) 457-2490